FRANKLIN B. GOWDY (SBN 47918)
MICHAEL J. LAWSON (SBN 66547)
JOSEPH E. FLOREN (SBN 168292)
BENJAMIN P. SMITH (SBN 197551)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: fgowdy@morganlewis.com
michael.lawson@morganlewis.com
jfloren@morganlewis.com
bpsmith@morganlewis.com

Attorneys for Defendants

*APPROVED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALASKA ELECTRICAL PENSION FUND, Derivatively on Behalf of Nominal Defendant KLA-TENCOR CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH LEVY; KENNETH L. SCHROEDER; RICHARD P. WALLACE, JOHN H. KISPERT; JEFFREY L. HALL, JON D. TOMPKINS; LIDA URBANEK, H. RAYMOND BINGHAM; ROBERT T. BOND; EDWARD W. BARNHOLT; STEPHEN P. KAUFMAN and DAVID C. WANG,<br><br>Defendants.<br><br>-and-<br><br>KLA-TENCOR CORPORATION, a Delaware corporation,<br><br>Nominal Defendant. | Case No. C-06-4002-JW<br><br>**STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO DERIVATIVE COMPLAINT** |

WHEREAS, there are currently at least five related derivative actions pending in the Northern District of California against nominal defendant KLA-Tencor Corporation ("KLA-Tencor"), as well as some or all of the individual defendants named in this action, captioned as follows:

| Case Name | Case No. | Filing Date |
|---|---|---|
| *Theodore R. Kornreich Revocable Trust v. Barnholt, et. al.* | 06 3345 JW | May 22, 2006 |
| *Ziolkowski v. Levy, et. al.* | 06 3445 JW | May 26, 2006 |
| *Ziering v. Levy, et al.* | 06 3512 JW | May 31, 2006 |
| *Alaska Electrical Pension Fund v. Levy, et. al.* | 06 4002 JW | June 20, 2006 |
| *Rabin v. Barnholt, et. al.* | 06 4142 JW | July 3, 2006 (removed from state court) |

WHEREAS, on June 16, 2006 and July 11, 2006, each of the cases listed above were ordered related and assigned to the Honorable James Ware;

WHEREAS, counsel for plaintiff in *Theodore R. Kornreich Revocable Trust v. Barnholt, et. al.*, Case No. 06 3345 JW , have filed a motion to consolidate each of the above cases, which is set for hearing on September 11, 2006;

WHEREAS, defendants have requested an extension of time to respond to the complaint until a reasonable time after a consolidated complaint is filed;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for plaintiff and the defendants, as follows:

1.  The time for all defendants to answer, move against or otherwise respond to the complaint shall be extended until thirty (30) days after a consolidated complaint is filed.  Plaintiff agrees not to treat any failure to respond by any defendant before this time as a default.

Dated: July_____, 2006                    MORGAN, LEWIS & BOCKIUS LLP


                                          By _____
                                          Joseph E. Floren
                                          Attorneys for Defendants


Dated: July _____, 2006                   LERACH, COUGHLIN, STOIA, GELLER,
                                          RUDMAN & ROBBINS, LLP


                                          By _____
                                          Travis E. Downs III
                                          Attorneys for ALASKA ELECTRICAL
                                          PENSION FUND