| | |
|---|---|
| 1 | CRAIG D. MARTIN (SBN 168195) |
| | K.C. ALLAN WALDRON (SBN 231866) |
| 2 | MORRISON & FOERSTER |
| | 425 Market Street |
| 3 | San Francisco, CA 94105 |
| | Tel: 415.268.7000 |
| 4 | Fax: 415.238.7522 |
| | E-mail: cmartin@mofo.com |
| 5 | E-mail: kwaldron@mofo.com |
| 6 | Attorneys for Defendant John H. Kispert |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| ALASKA ELECTRICAL PENSION FUND, Derivatively on Behalf of KLA-TENCOR CORPORATION, | Case No. C-06-4002-JW |
| Plaintiff, | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| vs. | |
| KENNETH LEVY; KENNETH L. SCHROEDER; RICHARD P. WALLACE; JOHN H. KISPERT; JEFFREY L. HALL; JON D. TOMPKINS; LIDA URBANEK, H. RAYMOND BINGHAM; ROBERT T. BOND; EDWARD W. BARNHOLT; STEPHEN P. KAUFMAN; and DAVID C. WANG, | |
| Defendant. | |
| -and- | |
| KLA-TENCOR CORPORATION, a Delaware corporation, | |
| Nominal Defendant. | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

1-SF/7435205.1

1    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:  Please take notice that, effective immediately, counsel of record for defendant John H. Kispert has changed.  John H. Kispert hereby substitutes Craig D. Martin and K.C. Allan Waldron of the law firm of Morrison & Foerster LLP, 425 Market Street San Francisco, California, in the place of Morgan Lewis & Bockius LLP, One Market Street, Spear Street Tower, San Francisco, California, as his attorneys of record in the following actions:  *Ziolkowski v. Levy, et al.*, Case No. C 06-3445 JW; *Ziering v. Levy, et al.*, Case No. C 06-3512 JW; *Rabin v. Barnholt, et al.*, Case No. C 06-4142 JW; *Alaska Electrical Pension Fund v. Levy, et al.* Case No. C 06-4002 JW; and *Garber v. KLA-Tencor Corp., et al.* Case No. C 06-4065 MJJ.

Dated: November 15, 2006

By     /s/  John H. Kispert
       John H. Kispert

The following attorneys accept this substitution of counsel:

Dated: November 15, 2006        MORRISON & FOERSTER

                                By     /s/  Craig D. Martin
                                       Craig D. Martin

Dated: November 15, 2006        MORGAN LEWIS & BOCKIUS

                                By     /s/  Benjamin P. Smith
                                       Benjamin P. Smith

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

1-SF/7435205.1            2            NOTICE OF SUBSTITUTION OF COUNSEL

<u>E-Filing Attestation</u>: I, Benjamin P. Smith, am the ECF User whose ID and password are being used to file this Substitution of Counsel. In compliance with General Order 45, X.B., I hereby attest that John Kispert and his counsel at Morrison & Foerster, Craig Martin and K.C. Allan Waldron and have concurred in this filing.

Dated: November 15, 2006    MORGAN LEWIS & BOCKIUS

By /s/ Benjamin P. Smith
Benjamin P. Smith

### ORDER

The foregoing substitution of counsel is authorized by the Court and the Clerk of the Court is directed to make the appropriate change in the docket.

**IT IS SO ORDERED.**

Dated: November __16__, 2006

Hon. James Ware
U.S. District Court Judge