IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Alaska Electrical Pension Fund, et al., | NO. C 06-3512 JW<br>NO. C 06-4002 JW |
| ──────────────────────────── / | **ORDER CLOSING CASES** |
| Mark Ziering, | |
|       Plaintiffs,<br>  v. | |
| Kenneth Levy, et al., | |
|       Defendants.<br>──────────────────────────── / | |

On October 23, 2006, the Court consolidated the above entitled cases with an earlier filed case, C 06-3445.  (See Docket Item No. 76.)  In light of that Order, these cases should have been closed since they have been subsumed into the Lead Case.  Accordingly, the Court now orders the Clerk of Court to close C 06-3512 and C 06-4002.

Dated: September 30, 2009

                                                  JAMES WARE<br>
                                                  United States District Judge

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**
Alice L. Jensen ajensen@fenwick.com
Arthur L. Shingler ashingler@scott-scott.com
Benjamin Patrick Smith bpsmith@morganlewis.com
Brad D. Brian BrianBD@mto.com
Christopher Martin Wood cwood@csgrr.com
Christopher J. Banks cbanks@morganlewis.com
Craig David Martin cmartin@mofo.com
David R. Scott drscott@scott-scott.com
David Allen Priebe david.priebe@dlapiper.com
Dean S. Kristy dkristy@fenwick.com
Denise V. Zamore dzamore@scott-scott.com
Emily Victoria Griffen egriffen@shearman.com
Felicia Gross felicia@ramsey-ehrlich.com
Geoffrey M. Johnson gjohnson@scott-scott.com
Ismail Jomo Ramsey izzy@ramsey-ehrlich.com
James Raza Lawrence Raza.Lawrence@mto.com
James Elliot Lyons jlyons@skadden.com
Jeffrey Bruce Coopersmith jeff.coopersmith@dlapiper.com
Jonathan B. Gaskin jgaskin@orrick.com
Joseph Edward Floren jfloren@morganlewis.com
Joseph Daniel Lee joseph.lee@mto.com
Kevin Peter Muck kmuck@fenwick.com
Lanelle Kay Meidan lanelle.meidan@skadden.com
Leigh Anne Parker lparker@weisslurie.com
Liwen Arius Mah lmah@fenwick.com
Lucas F. Olts luke.olts@bullivant.com
Matthew S. Weiler mweiler@morganlewis.com
Megan Dixon mdixon@hhlaw.com
Michael Todd Scott tscott@orrick.com
Michael J. Shepard mjshepard@hhlaw.com
Michelle Park Chiu mchiu@morganlewis.com
Miles F. Ehrlich miles@ramsey-ehrlich.com
Nicole Catherine Lavallee nlavallee@bermandevalerio.com
Patrick David Robbins probbins@shearman.com
Paul F. Bennett pfb@gbcslaw.com
Robert P. Varian rvarian@orrick.com
Ryan David Marsh rdmarsh@hhlaw.com
Shawn A. Williams shawnw@csgrr.com
Shawn A. Williams shawnw@csgrr.com
Shirli Fabbri Weiss shirli.weiss@dlapiper.com
Steven Shea Kaufhold skaufhold@akingump.com
Tera Marie Heintz theintz@morganlewis.com
Thomas R. Green tgreen@morganlewis.com
Thomas Samuel Kimbrell thomas.kimbrell@hellerehrman.com
Timothy Alan Miller tmiller@skadden.com
Travis E. Downs travisd@csgrr.com
Walter F. Brown wbrown@orrick.com
Warrington S. Parker wparker@orrick.com

**Dated: September 30, 2009**            **Richard W. Wieking, Clerk**
                                          **By:    /s/ JW Chambers**
                                          **Elizabeth Garcia, Courtroom Deputy**

2